[No. 48522-9-I. Division One. May 13, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. DEMETRIUS TAYLOR, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06001-3, Michael S. Spearman, J., entered March 7, 2001. *Reversed* by unpublished opinion per Becker, C.J., concurred in by Coleman and Kennedy, JJ.

[No. 48608-0-I. Division One. May 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAUD RICKY ARMSTRONG, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 93-1-00024-4, Vickie I. Churchill, J., entered May 4, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 48886-4-I. Division One. May 13, 2002.]

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 77, *Respondent*, v. SNOHOMISH COUNTY PUBLIC UTILITY DISTRICT NO. 1, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-05759-6, Anita L. Farris, J., entered June 26, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Grosse and Agid, JJ.

[No. 19909-6-III. Division Three. May 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARQUIS JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00934-9, Richard J. Schroeder, J., entered January 29, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.